LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
DAVID F. TIBOR, STATE BAR NO. 230563
david@jmllaw.com
KAREN Y. CHO, STATE BAR NO. 274810
karen@jmllaw.com

Attorneys for Plaintiff
Kimberly Sudolsky

# UNITED STATES DISTRICT COURT

## FOR THE COUNTY OF WESTERN DIVISION

| | |
|---|---|
| KIMBERLY SUDOLSKY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TORRANCE MEMORIAL MEDICAL CENTER, a California corporation, LYNDA STOODLEY, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV-11-08505-CAS-(CWx)<br>(Assigned for all purposes to the Hon. Christina Snyder,)<br><br>**ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE LAWSUIT**<br>**JS-6** |

It is hereby ordered by United States District Judge Christina A. Snyder as follows:

1. The stipulation of the parties is hereby accepted and adopted as the order of the court;

1

**[PROPOSED] ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE LAWSUIT**

|   |   |   |
|---|---|---|
| 1 | 2. | All named and fictitious defendants are hereby dismissed with prejudice to refilling in this or any other federal or state court under all pled and unpled causes of action; |
| 4 | 3. | The Plaintiff, KIMBERLY SUDOLSKY, is permanently waiving all past, present and future: special damages, general damages; punitive damages; equitable relief, attorneys' fees, whether of record or not; ordinary and extraordinary costs, whether incurred or paid; discovery rights; and, |
| 9 | 4. | As a result of the parties' full and final resolution of all aspects of this litigation in this or any other federal or state court, as to all pled and unpled causes of action in favor of all named or unnamed parties, all pending litigation events and deadlines, including the pretrial conference and trial, are unnecessary and are forthwith vacated by this order. |

IT IS SO ORDERED.

DATED: July 16, 2012

_____
HONORABLE CHRISTINA A. SNYDER

**Law Offices of Joseph M. Lovretovich**
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

2
**[PROPOSED] ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE LAWSUIT**